# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160204

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THADEOUS JACOB HOOF,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160204
COA: 349213
Midland CC: 17-006632-FH
          17-006754-FH

On order of the Court, the application for leave to appeal the July 17, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020

Clerk

b1216